MERRICK B. GARLAND
Attorney General
KRISTEN CLARKE
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
JON M. SEWARD
Principal Deputy Chief, Housing and Civil Enforcement Section
CARRIE PAGNUCCO
Deputy Chief, Housing and Civil Enforcement Section
SARA L. NILES (MA Bar No. 634257)
KINARA A. FLAGG (NY Bar No. 5092143)
Trial Attorneys
        U.S. Department of Justice, Civil Rights Division
        950 Pennsylvania Ave. NW – 4CON
        Washington, D.C. 20530
        Telephone: (202) 514-4713, Facsimile: (202) 514-1116
        Email: Sara.Niles@usdoj.gov
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
RICHARD M. PARK (CA State Bar No. 236173)
Chief, Civil Rights Section, Civil Division
KATHERINE M. HIKIDA (CA State Bar No. 153268)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2285, Facsimile: (213) 894-7819
        E-mail: Katherine.Hikida@usdoj.gov
Attorneys for Plaintiff United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY NATIONAL BANK,<br><br>Defendant. | Case No. CV 23-204- DMG (RAOx)<br><br><br>**CONSENT ORDER [3]** |

## I.    INTRODUCTION

The Parties jointly submit this Consent Order for approval and entry by the Court. The Order resolves all allegations of the United States of America ("United States") in the simultaneously filed Complaint, asserting that City National Bank ("City National" or "the Bank") engaged in a pattern or practice of unlawful redlining in violation of the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3619, and the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §§ 1691–16911f, Regulation B, 12 C.F.R. § 1002.1 *et seq*. Specifically, the United States alleges that City National engaged in redlining by avoiding providing home loans and other mortgage services, and engaged in discriminatory conduct that would discourage mortgage applications from prospective applicants who are residents of or seeking credit in majority-Black and Hispanic census tracts in the Los Angeles Metropolitan Division ("the Los Angeles MD" or "Los Angeles County"). The Bank denies the allegations in the Complaint except that, for the purposes of this Consent Order, the Bank admits only facts necessary to establish this Court's jurisdiction over it and over the subject matter of this action. The Bank maintains that it was in compliance with applicable law at all times, but seeks to resolve this matter in order to avoid prolonged litigation.

The Court has jurisdiction over the Parties and subject matter of this action. There have been no factual findings or adjudication in this case. The Parties enter into this Consent Order to voluntarily resolve all claims arising from the conduct alleged in the Complaint. Entry of this Consent Order is in the public interest. The Parties agree that the full implementation of the terms in this Consent Order will provide a resolution to the claims asserted in the Complaint in a manner consistent with City National's legitimate business interests.

## II.    BACKGROUND

City National is a national bank headquartered in Los Angeles, California. City National offers commercial, consumer, mortgage, and wealth management banking services. As of April 30, 2022, City National had branches in California, Delaware, Florida, Georgia, Massachusetts, Minnesota, Nevada, New York, Tennessee, Virginia, and the District of Columbia. As of April 30, 2022, City National had total assets of approximately $90.9 billion. City National is the largest bank headquartered in the Los Angeles MD.

By letter dated September 16, 2020, the United States notified City National that it was opening an investigation into whether City National had engaged in redlining in violation of the FHA and ECOA. After conducting its investigation and reviewing the information provided by the Bank, the United States contends that, from 2017 through at least 2020, City National avoided serving the credit needs of borrowers in majority-Black and Hispanic census tracts in the Los Angeles MD and discouraged borrowers in majority-Black and Hispanic census tracts in the Los Angeles MD from obtaining mortgage loans. The Bank denies the allegations that it engaged in redlining.

## III.    TERMS OF THE ORDER

### A.    Lending Practices

1.    City National, including its officers, agents, servants and employees who have actual notice of this Consent Order, is hereby enjoined from engaging in any act or practice that constitutes redlining in violation of the FHA, ECOA, and Regulation B. The term "officers, agents, servants, and employees" shall comport with the interpretation of

these terms under Fed. R. Civ. Proc. 65(d)(2)(B). Nothing in this Order will be read as an exception to this Paragraph.

2.      For purposes of this Consent Order, City National's "Los Angeles Lending Area" consists of the entirety of Los Angeles County.

3.      For purposes of this Consent Order, a "majority-Black and Hispanic" census tract is one where more than fifty percent of the residents are identified as either "Black or African American" or "Hispanic or Latino" by the United States Census Bureau. A "majority-white" census tract is one where more than fifty percent of the residents are identified as "non-Hispanic white" by the United States Census Bureau.

**B.      Fair Lending Compliance**

4.      The date this Consent Order is entered by the Court is the "Effective Date." Within one hundred twenty days of the Effective Date, City National must conduct a detailed assessment of the Bank's fair lending program in the Los Angeles Lending Area, specifically as it relates to fair lending obligations and lending in majority-Black and Hispanic census tracts. City National must produce a written report ("Fair Lending Status Report and Compliance Plan") that includes a review of the Bank's existing fair lending policies and practices, an analysis of the Bank's policies and practices related to the location of branches; loan officers' solicitation of applications[1], training, oversight, and compensation; marketing; and fair lending compliance monitoring.

5.      Within one hundred fifty days of the Effective Date, City National will submit the Fair Lending Status Report and Compliance Plan described in Paragraph 4 to the United States, subject to its non-objection.[2] The Fair Lending Status Report and Compliance Plan will specifically include the status of progress relating to, at least:

---

[1] "Loan officers" include Bank employees whose duties include, in whole or in part, the acceptance and/or solicitation of home mortgage applications.

[2] "Non-objection" means written notification to City National that there is no objection to a proposal by City National for a course of action. Non-objections will be provided as soon as practicable and will not be unreasonably withheld. Failure by the United States to submit such written notification, proposed revisions, or written meet-

*(footnote cont'd on next page)*

4

a.  The steps City National has taken to revise the Bank's mortgage lending policies and practices that pose redlining risks in the Los Angeles MD, including at a minimum, risk that may arise from branch locations or assignment of loan officers to branch locations, types of loan products, and marketing;

b.  The adoption of written policies and procedures regarding the Bank's marketing, as well as the training and monitoring of its loan officers in marketing mortgage loan products, soliciting, and originating mortgage loans in the Los Angeles MD;

c.  Any changes to City National's formal process for ongoing statistical monitoring of mortgage underwriting, pricing, and redlining risk, including statistical peer analysis of applications and originations from majority-Black and Hispanic census tracts in the Los Angeles MD; and

d.  Any additional steps City National will take to promptly revise its mortgage lending policies and practices to ensure compliance with ECOA, Regulation B, and the FHA.

6.  If the United States objects to any portion of City National's Fair Lending Status Report and Compliance Plan, City National will make revisions and resubmit its proposal within thirty days of receiving the objection. City National will begin implementation of its Fair Lending Status Report and Compliance Plan within thirty days of receiving the United States' non-objection or as soon as practicable in view of other regulatory considerations. Any material changes to City National's Fair Lending Status Report and Compliance Plan are subject to non-objection by the United States.

**C.   Fair Lending Training**

7.  Within sixty days of the Effective Date, City National will provide a copy of the Complaint and Consent Order in this matter to all employees with substantive involvement in mortgage lending, marketing, or fair lending or CRA compliance in the

---

and-confer request within sixty days of a submission by City National will be deemed a non-objection.

Los Angeles MD, or who have management responsibility over such employees; senior management with fair lending and marketing oversight; and members of the Board of Directors (collectively, "the Relevant Bank Staff and Officials"). City National will implement a system for each individual to acknowledge that they received a copy of the Complaint and Consent Order and had the opportunity to ask questions. City National will provide a report that includes these acknowledgements to the United States, as well as a list of all persons and their titles to whom this Consent Order was delivered within seventy-five days of the Effective Date.

8.      City National will provide training to the Relevant Bank Staff and Officials on the Bank's obligations under ECOA, Regulation B, and the FHA and City National's obligations under this Consent Order. The training will be conducted by an independent, qualified third-party trainer selected by City National and subject to non-objection by the United States. Within sixty days of the Effective Date, City National will submit the qualifications of the third-party trainer to the United States for non-objection. Within sixty days of receiving non-objection from the United States regarding the independent, qualified third-party trainer, City National will submit the proposed training curriculum to the United States for non-objection. Within sixty days of receiving non-objection from the United States regarding the proposed training curriculum, City National will deliver the training described in this paragraph. City National will implement a system for each individual to acknowledge that they completed fair lending training and will provide a report that includes these acknowledgements to the United States within forty-five days after substantially all individuals have been trained.

9.      City National will provide the training described in Paragraph 8 annually to the Relevant Bank Staff and Officials. The training may be held virtually or in person. City National will implement a system for each individual to acknowledge that they completed fair lending training. City National will provide a report that includes these acknowledgements to the United States within thirty days after it has delivered the training. Any proposed changes to the third-party trainer or the training curriculum are subject to non-objection by the United States.

10.     Any individual who becomes a Relevant Bank Staff or Official will, within thirty days of beginning the covered position, receive a copy of the Complaint and Consent Order. Any individual who becomes a Relevant Bank Staff or Official will, within sixty days of beginning the covered position, receive the training discussed in Paragraph 8. City National will implement a system for each such individual to acknowledge that he/she received a copy of the Complaint and Consent Order and that he/she completed fair lending training. During the term of this Consent Order, City National annually will provide a report to the United States that these acknowledgements were obtained within thirty days from the date that a Relevant Bank Staff or Official received the training.

11.     City National will bear all costs associated with the trainings.

**D.     Community Credit Needs Assessment**

12.     City National will submit to the United States for non-objection a Community Credit Needs Assessment for majority-Black and Hispanic census tracts within its Los Angeles Lending Area. A Community Credit Needs Assessment is a research-based market study to help a lender identify the needs for financial services in an area. This assessment must include the following information about majority-Black and Hispanic census tracts within the Los Angeles Lending Area: (1) an evaluation (to include market research and interviews) of residential mortgage credit needs and current lending opportunities available in the area; (2) recent demographic and socioeconomic data; (3) potential strategies for City National to provide residential mortgage lending services in these census tracts; (4) consideration of loan products offered by other lenders; (5) an overview of federal, state, and local programs that are available to residents seeking and obtaining residential mortgage loans; and (6) recommendations that address how each requirement of this Consent Order should be carried out to best achieve the remedial goals of this settlement.

13.     The Community Credit Needs Assessment will be conducted by an independent, qualified third-party consultant selected by City National and subject to non-objection by the United States. Within sixty days of the Effective Date, City

National will submit the qualifications of the third-party consultant to the United States for non-objection. Within thirty days of receiving non-objection from the United States regarding the third-party consultant, City National must submit to the United States, for non-objection, a statement of work from the independent third-party consultant describing their methodology for the assessment. Within ninety days of receiving non-objection from the United States regarding the statement of work, City National will submit to the United States the Community Credit Needs Assessment described in Paragraph 12. Nothing in this Consent Order requires City National to implement any recommendations from the Community Credit Needs Assessment.

14.     Once the United States has non-objected to the Community Credit Needs Assessment, City National will present the Assessment to the City National committees responsible for overseeing fair lending compliance.

15.     Within one hundred twenty days of receiving non-objection from the United States of the Community Credit Needs Assessment, City National will submit a remedial plan that details, in light of the recommendations made in the Assessment, the actions the Bank proposes to take to comply with the requirements of this Consent Order (e.g., physical expansion, loan subsidy, community partnerships, advertising, details of categories of information to be included in quarterly Fair Lending Committee updates to the Board of Directors and in compliance reports to the United States), including specific timeframes and implementations of these actions. The proposals within the remedial plan will be subject to non-objection by the United States.

**E.    Community Lending Manager**

16.     Within thirty days of the Effective Date, City National will designate a full-time Community Lending Manager. The responsibilities of this Community Lending Manager will include overseeing the development of the Bank's mortgage lending in majority-Black and Hispanic census tracts in its Los Angeles Lending Area. The Bank will maintain this position throughout the term of this Consent Order.

17.     The Community Lending Manager will be a senior executive who reports to an Executive Vice President of City National. The Community Lending Manager will

provide reports on at least a quarterly basis to the Bank's Board of Directors, Chief Executive Officer, and the Executive Director to whom the position reports, regarding City National's actions related to the following:

a. efforts to implement and administer its mortgage marketing strategy to promote and enhance the Bank's market visibility in majority-Black and Hispanic neighborhoods in the Bank's Los Angeles Lending Area;

b. monitoring loan officers' solicitation and origination of mortgage loans in majority-Black and Hispanic census tracts in the Bank's Los Angeles Lending Area, including the loan subsidy fund described herein;

c. involvement in community lending initiatives and outreach programs;

d. encouraging and developing more mortgage lending within majority-Black and Hispanic census tracts;

e. assisting other Bank divisions in promoting financial education;

f. involvement with financial counseling; and

g. building relationships with community groups.

**F.     Physical Expansion to Serve Majority-Black and Hispanic Census Tracts**

18.     Subject to required license requirements and regulatory approvals, including by the Office of the Comptroller of the Currency, City National must establish a full-service branch ("new branch"), either de novo, through acquisition or merger, or otherwise, in a majority-Black and Hispanic census tract in the Los Angeles Lending Area. The specific site of the new branch will be subject to non-objection by the United States. The new branch must provide, at a minimum, the full range of mortgage products, including loans qualifying for loan subsidy programs described in Paragraphs 22 through 27, and must maintain hours of operation consistent with City National's other full-service branches.

19.     City National must make reasonable efforts to open the new branch within twenty-four months of the Effective Date. If City National fails to open the new branch within twenty-four months of the Effective Date, the Bank will provide to the United States a written proposal describing how it will comply with Paragraph 18. City National will maintain the new branch for the term of the Order.

20.     City National will evaluate future opportunities for expansion within its Los Angeles Lending Area, whether by merger or acquisition or opening new branches or loan production offices ("LPOs"), in consideration of the goals of this Consent Order and the Community Credit Needs Assessment. City National must notify the United States of any plans to open or acquire any new branches or other LPOs within its Los Angeles Lending Area as soon as it may obtain regulatory authority to do so.

21.     As soon as practicable, but at least within twelve months of the Effective Date, City National will assign no fewer than four full-time loan officers to solicit mortgage applications primarily in majority-Black and Hispanic census tracts in the Los Angeles Lending Area, and that these loan officers have the opportunity to earn compensation similar to other loan officers for the work that they will perform in the majority-Black and Hispanic census tracts. These employees will not be precluded from also originating loans for applicants outside of majority-Black and Hispanic census tracts in the Los Angeles Lending Area. Additionally, at least one of these loan officers will be assigned coverage for each branch located within majority-Black and Hispanic census tracts in the Los Angeles Lending Area.

**G.     Loan Subsidy Program**

22.     City National will invest a minimum of $29,500,000 in a loan subsidy fund with the goal of increasing credit for home mortgage loans, home improvement loans, and home refinance loans extended in majority-Black and Hispanic neighborhoods in the Los Angeles MD ("Loan Subsidy Program").[3] No more than thirty percent of the loan

---

[3] All monetary terms outlined in this Consent Order, including those in the Loan Subsidy Program, Community Development Partnership Program, Advertising and Community Outreach, and Consumer Financial Education provisions, as described in

*(footnote cont'd on next page)*

subsidy fund may be used for home refinances. The investment under the Loan Subsidy Program will consist only of the cost of providing the subsidies to consumers described in Paragraph 24 and not the cost of implementing the Loan Subsidy Program.

23.     City National will subsidize home mortgage, home improvement, and/or home refinance loans made to "qualified applicants" with funds from the Loan Subsidy Fund. A "qualified applicant" is any applicant who (i) applies for a mortgage for a residential property located in a majority-Black and Hispanic census tract in the Los Angeles MD that will serve as the applicant's primary residence, or (ii) is qualified to participate in a Special Purpose Credit Program consistent with the goals of the Loan Subsidy Program and subject to the non-objection of the United States. A qualified applicant must in all cases be qualified for a residential mortgage loan under the underwriting standards that City National applies to the loans it originates.

24.     Loan subsidies under the Loan Subsidy Program must be provided throughout the term of the Order as set forth in Section VI, so long as funds remain in the Loan Subsidy Program, through any of the following means, or a combination thereof:

    a.  originating a loan for a home purchase or refinancing at an interest rate below the otherwise prevailing market interest rate offered by City National;

    b.  down payment assistance in the form of a direct grant;

    c.  closing cost assistance in the form of a direct grant;

    d.  payment of the initial mortgage insurance premium on loans subject to such mortgage insurance; and

    e.  any other assistance measures consistent with the goals of this Section and approved by the United States in writing.

25.     City National will retain the discretion to offer more than one, or all, of the forms of assistance in Paragraph 24 to qualified applicants on an individual basis as it

---

this Section, are intended to remedy any harm resulting from the Bank's practices, which practices, as outlined in Section I of this Order, the United States alleges constitute redlining.

deems appropriate subject to regulatory requirements. In any case, City National will offer qualified applicants the choice of at least two such forms of assistance from which they may select. City National must exercise this discretion in a manner that is consistent with originating loans to qualified applicants with due reliance upon applicable underwriting guidelines, and will have discretion to provide the loan subsidy among its loan products. The combined forms of subsidies set forth in Paragraph 24, and made through the Loan Subsidy Program, cannot exceed $20,000 per qualified applicant unless City National receives non-objection from the United States to increase that amount.

26.     On an annual basis, upon its election, the Bank may evaluate the pace of loan subsidy spend down. Insofar as the Bank believes that there may be additional measures that could be taken to increase the number of subsidies granted, including but not limited to changes to the definition of qualified applicant and/or the nature of subsidies provided, the Bank may propose such measures to the United States and seek non-objection. Non-objection will not be unreasonably withheld.

27.     No provision of this Consent Order, including the Loan Subsidy Program, requires City National to make a loan to a person who is not qualified for the loan based upon lawful, nondiscriminatory terms; however, City National may choose to apply more flexible underwriting standards in connection with its programs under this Consent Order. The underwriting standards applied to residents of majority-Black and Hispanic neighborhoods will be no less favorable than the underwriting standards applied to residents in other tracts.

**H.     Community Development Partnership Program**

28.     City National will partner with one or more community-based or governmental organizations that provide the residents of majority-Black and Hispanic census tracts in the Los Angeles Lending Area with services related to credit, financial education, homeownership, and foreclosure prevention. City National will develop these partnerships in a manner consistent with achieving the goals of this Consent Order. Through these partnerships, the Bank must spend a minimum of $750,000 over the term of this Consent Order on professional services to residents of majority-Black and

Hispanic census tracts in the Los Angles Lending Area that increase access to residential mortgage credit.

29.     Within one hundred eighty days of the Effective Date, City National will submit a proposal to the United States describing how it will implement the requirements of Paragraph 28. The proposal will include an explanation of its proposed partner(s). The proposal should also describe, to the extent available, City National's plans to implement the partnership(s), as well as a description of how the partnership(s) will be used to meet the credit needs identified in the Community Credit Needs Assessment. The proposal will be subject to non-objection by the United States.

30.     City National will evaluate the partnership(s) outlined in Paragraph 28 annually, including by considering the Community Credit Needs Assessment, in order to identify any needed changes to the program or better assist residents of majority-Black and Hispanic census tracts in the Los Angeles Lending Area in obtaining credit. City National will present a summary of its evaluation and any proposed changes to the United States as part of its annual reporting requirement under Paragraph 44. Any proposed changes will be subject to non-objection by the United States.

**I.     Advertising and Community Outreach**

31.     City National will spend at least $100,000 per year ($500,000 over the term of the Consent Order) on advertising and outreach in the Los Angeles Lending Area described in this Section.

32.     Within one hundred eighty days of the Effective Date, City National will submit an Advertising, Outreach, and Education Plan ("Outreach Plan") to the United States detailing how it will spend these funds to increase access to credit extended in majority-Black and Hispanic census tracts in the Los Angeles Lending Area during the term of this Consent Order. The Outreach Plan will include an explanation of why City National selected certain approaches and community partnerships and, to the extent available in advance of implementation, how City National's advertising, community outreach, education, and credit counseling initiatives are intended to meet the credit needs identified in the Community Credit Needs Assessment. The Outreach Plan will be

subject to non-objection by the United States. If the United States objects to any portion of the Outreach Plan, City National will make revisions and resubmit its proposal within thirty days of receiving the United States' objection. City National will begin implementation of its Outreach Plan within thirty days of receiving non-objection from the United States.

33.     City National will evaluate the strategies outlined in its Outreach Plan annually, including by considering the Community Credit Needs Assessment, in order to identify any changes necessary to increase access to credit extended in majority-Black and Hispanic census tracts in its Los Angeles Lending Area in obtaining credit. City National will present a summary of its evaluation and any proposed changes to the United States as part of its annual reporting requirement under Paragraph 44. Any proposed changes will be subject to non-objection by the United States.

### i.     Advertising

34.     City National will advertise its residential loan products, including products for which the loan subsidy fund outlined in Section III.G will be applied, to generate mortgage loan applications from qualified applicants. City National's advertising may include print media, radio, digital advertising, television, direct mail, and any other appropriate medium. These advertisements must include similar information to other advertisements by City National. City National must advertise its mortgage lending services and products to majority-Black and Hispanic census tracts in its Los Angeles Lending Area at least to the same extent that it advertises its mortgage lending services and products to majority-white census tracts in its Los Angeles Lending Area.

35.     City National will create point-of-distribution materials, such as posters and brochures advertising products and services, which are targeted toward increasing access to credit extended in majority-Black and Hispanic census tracts. City National will place or display these promotional materials in its branch offices in majority-Black and Hispanic census tracts.

36.     All of City National's print advertising and promotional materials referencing residential mortgage loans will contain an equal housing opportunity logo, slogan, or

statement, to the extent required by law. All radio or television advertisements will include an audible statement that City National is an "Equal Opportunity Lender" or "Equal Housing Lender," to the extent required by law.

### ii. Outreach

37.    City National will provide four outreach programs per year for entities engaged in residential real estate-related business in majority-Black and Hispanic census tracts to inform them of City National's products and services and to develop business relationships.

38.    City National may underwrite or sponsor events in support of the majority-Black and Hispanic census tracts in its Los Angeles Lending Area that are related to building relationships within those areas and designed to generate applications for home mortgage, home refinance and/or home improvement loans.

### J. Consumer Financial Education

39.    City National will spend a minimum of $100,000 per year ($500,000 over the term of the Order) on a consumer financial education program designed to provide information, training, and counseling services about consumer financial to residents of these areas.

40.    City National will sponsor a minimum of eight financial education events per year offered by organizations engaged in fair lending work, or through City National's own financial education programs.[4] These financial education events shall be marketed towards increasing access to credit extended in majority-Black and Hispanic census tracts in City National's lending area, and held in locations intended to be convenient to residents of those census tracts. City National may conduct the financial education events by hosting in-person events or by hosting virtual events. City National may develop and provide the consumer education seminars described in this paragraph

---

[4] Salaries or other compensation for participating Bank personnel shall not be counted towards the amount spent on these programs.

in conjunction with the organization(s) that City National partners with as described in Section H.

41.   City National will propose in the remedial plan how it will implement the requirements of Paragraphs 39-40. This proposal will be subject to the Non-objection of the United States.

## IV.   EVALUATING AND MONITORING COMPLIANCE

42.   City National will retain records related to compliance with its obligations under this Consent Order during the term of this Consent Order. The United States has the right to review and copy these records upon request, with at least thirty days advance notice provided.

43.   Every year during the term of this Consent Order, within thirty days of its submission of data to the Federal Financial Institutions Examination Council ("FFIEC") in accordance with the Home Mortgage Disclosure Act of 1975, 12 U.S.C. §§ 2801–2811, City National will provide this data to the United States in the same format, including the record layout.

44.   Beginning twelve months after the Effective Date, City National will submit Annual Reports to the United States on its progress in complying with the terms of this Consent Order and associated plans and programs. The final report will be delivered to the United States at least ninety days prior to the expiration of this Consent Order. The reports will provide a complete account of City National's actions to comply with this Consent Order, City National's assessment of the extent to which each obligation was met, an explanation of why City National fell short of meeting its goals for any particular component, and recommendations for additional actions to achieve the goals set forth in this Consent Order and associated plans and programs. The reports will include information about the execution of the Loan Subsidy Program. Specific details regarding the reporting on the Loan Subsidy Program will be set forth in the remedial plan described in Paragraph 15. City National's Fair Lending Oversight Committee will review and approve the reports prior to submission to the United States. If the United States raises any objections to a report, the Parties will have thirty days to confer and

resolve their differences. The Parties may mutually agree to additional time to confer, if necessary. If the Parties are unable to resolve their differences, either party may bring the dispute to the Court for resolution.

45.     Unless otherwise advised, in writing, by City National, all material required of the United States by this Order will be sent by email to the recipients below at the identified email addresses and contemporaneously by overnight delivery service or first-class mail to the recipient below at the identified address. Such material includes notification of Non-objection as contemplated, herein, in this Consent Order.

> Jonice Gray Tucker
> Partner
> Paul Hastings LLP
> 2050 M Street NW
> Washington, DC 20036
> jonicegraytucker@paulhastings.com
>
> Michael Speaker
> City National Bank – Legal Department
> 555 South Flower Street, 18th Fl.
> Los Angeles, CA 90071
> michael.speaker@cnb.com

46.     Unless otherwise advised in writing by the United States, all material required by this Consent Order will be sent to the United States by overnight delivery service or first-class mail and contemporaneously by email to the Department of Justice attorney(s) assigned to this matter at the identified addresses:

> Chief, Housing and Civil Enforcement Section
> Civil Rights Division
> U.S. Department of Justice
> 150 M Street NE, 8th Floor
> Washington, DC 20002
> Attn: DJ# 188-12C-47

17

Attn: Sara L. Niles

Sara.Niles@usdoj.gov

Attn: Kinara A. Flagg

Kinara.Flagg@usdoj.gov

Chief, Civil Rights Section

Civil Division

U.S. Attorney's Office, Central District of California

300 North Los Angeles Street, Rm. 7516

Los Angeles, CA 90012

Attn: USAO2021V01002

Attn: Katherine Hikida

Katherine.Hikida@usdoj.gov

## V.    ROLE OF THE FAIR LENDING OVERSIGHT COMMITTEE

47.    City National must establish a Fair Lending Oversight Committee ("the Committee") that is responsible for monitoring the Bank's fair lending risks. The Committee shall review the policies and procedures related to the management of fair lending risks, facilitate communication between management and the Board of Directors, and report regularly to the Board of Directors.

48.    The Committee will review all submissions (including plans, reports, programs, policies, and procedures) required by this Consent Order prior to submission to the United States.

49.    Until the termination of this Consent Order, the Committee will be responsible for monitoring and coordinating the Bank's adherence to the provisions of this Consent Order.

50.    The Committee will provide quarterly updates to the Board of Directors of the Bank on the steps the Bank has taken and plans to take to comply with this Consent Order, which update will be attached to each annual report to the United States required

18

by this Consent Order. Specific details regarding the categories of information to be included in these quarterly updates to the Board will be set forth in the remedial plan described in Paragraph 15. The applicable quarterly updates will be attached to each Annual Report required by Paragraph 44.

## VI.   ADMINISTRATION

51.     The requirements of this Consent Order will remain in effect for five years, except as provided in Paragraphs 52 and 53.

52.     If, within five years of the Effective Date, City National has not invested all money in the loan subsidy fund described in Section III.G, this Consent Order will remain in full effect and shall terminate three months after the submission of City National's final report to the United States that demonstrates the fulfillment of that obligation. It shall only be extended further upon motion of the United States to the Court, for good cause shown.

53.     If, at any time after three years from the Effective Date, the Bank has invested all money in the Loan Subsidy Program and satisfied their other financial obligations under the Order (set forth in Paragraphs 28, 31, and 39), the United States will agree to the Order terminating three months after the Bank has provided the United States with documentation evidencing that it has satisfied the financial obligations under this Order.

54.     Any time limits for performance may be extended by mutual written agreement of the Parties. Other material modifications may be made only upon approval of the Court, by motion by any party. If there are changes in material factual circumstances, the Parties will work cooperatively to discuss and attempt to agree to proposed modifications to this Consent Order.

55.     If disputes arise about the interpretation of, or compliance with, this Consent Order, the Parties will endeavor in good faith to resolve any dispute before bringing it to the Court for resolution. If City National is in material non-compliance with any provision of this Consent Order or fails to perform an act required by this

Consent Order, the United States may move the Court to impose any remedy authorized by law or equity, including attorneys' fees and costs.

56.     Nothing in this Consent Order excuses City National's compliance with any currently or subsequently effective provision of law or order of a regulator.

57.     City National will notify the United States of any development that may materially affect compliance obligations arising under this Order, including but not limited to, a dissolution, assignment, sale, merger, or other action that would result in the emergence of a successor company; the creation or dissolution of a subsidiary, parent, or affiliate that engages in any acts or practices subject to this Order; the filing of any bankruptcy or insolvency proceeding by or against City National; or a change in City National's name or address. City National will provide this notice as soon as practicable after learning about the development.

58.     City National will maintain all documents and records necessary to demonstrate full compliance with this Consent Order, including all submissions made to the United States, until the requirements of Paragraphs 51 through 53 are fulfilled.

59.     Within ten days of the Effective Date, City National will:

    a.      Identify all businesses for which City National is the majority owner, or that City National directly or indirectly controls, by all of their names, telephone numbers, and physical, postal, email, and Internet addresses; and

    b.      Describe the activities of each such business, including the products and services offered, and the means of advertising, marketing, and sales.

60.     City National will report any change in the information required to be submitted under Paragraph 57 as soon as practicable, but in any case, at least thirty days before the change.

61.     This Order is binding on City National, including all of its officers, agents, servants, and employees who have actual notice of this Consent Order. If City National seeks to transfer or assign all or part of its operations to a successor or assign that intends to carry on the same or similar business, City National will obtain the written agreement of the successor or assign to obligations under this Consent Order as a condition of sale,

merger, or other transfer.

62.    The Parties agree that litigation is not reasonably foreseeable. If any party implemented a litigation hold to preserve information, the party is no longer required to maintain it. Nothing in this paragraph relieves either party of any other obligations imposed by this Consent Order.

63.    City National's compliance with the terms of the Order shall fully and finally resolve all claims of the United States alleging that City National violated the FHA and ECOA, including claims for injunctive and equitable relief, monetary damages, and civil penalties. The Order does not release claims for practices not described in Section I of this Order, including claims that may be held or are currently under investigation by any federal agency, or any claims that may be pursued or actions that may be taken by any executive agency established by 12 U.S.C. § 5491, or the appropriate Federal Banking Agency, as defined in 12 U.S.C. § 1813(q), against the Bank, any of its affiliated entities, or any institution-affiliated party of it, as defined in 12 U.S.C. § 1813(u), in accordance with 12 U.S.C. § 1818 or any other statute or regulation. The Order does not resolve or release any claims other than claims for discrimination.

64.    The Parties to this Consent Order will bear their own costs and attorneys' fees.

65.    The Court will retain jurisdiction over this civil action to enforce the terms of this Consent Order.


IT IS SO ORDERED this 30th day of January, 2023.

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

The undersigned hereby apply for and consent to the entry of the Order:

For the United States of America:

Dated:  January 10, 2023

|  |  |
|---|---|
|  | MERRICK B. GARLAND<br>Attorney General |
| E. MARTIN ESTRADA<br>United States Attorney<br>Central District of California | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division | SAMEENA SHINA MAJEED<br>Chief, Housing and Civil<br>Enforcement Section |
| RICHARD M. PARK<br>Assistant United States Attorney<br>Chief, Civil Rights Section, Civil Division | JON M. SEWARD<br>Principal Deputy Chief, Housing and Civil<br>Enforcement Section |

*/s/ Katherine M. Hikida*
KATHERINE M. HIKIDA
Assistant United States Attorney
Civil Rights Section, Civil Division

 */s/ Sara L. Niles*
SARA L. NILES
 */s/ Kinara A. Flagg*
KINARA A. FLAGG
Trial Attorneys
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

*Attorneys for the United States of America*

For City National Bank:

Dated:  January 10, 2023

PAUL HASTINGS LLP


_/s/ Jonice Gray Tucker_
JONICE GRAY TUCKER
Partner
Paul Hastings LLP

_/s/ Jessica M. Shannon_
JESSICA M. SHANNON
Associate
Paul Hastings LLP

_Attorneys for City National Bank_